1   David J. McGlothlin, Esq. (SBN 026059)
    david@southwestlitigation.com
2   **Hyde & Swigart**
    2633 E. Indian School Road, Ste. 460
3   Phoenix, AZ 85016
    Telephone: (602) 265-3332
4   Facsimile:  (602) 230-4482

5   Ryan L. McBride, Esq. (SBN 032001)
    ryan@kazlg.com
6   **Kazerouni Law Group, APC**
    2633 E. Indian School Road, Ste. 460
7   Phoenix, AZ 85016
    Telephone: (800) 400-6808
8   Facsimile:  (800) 520-5523

9
    *Attorneys for Plaintiff*
10

11                   **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF ARIZONA**
12

13  **Natanael Gallardo, by and**          )   **Case No.: 2:17-cv-02755-MHB**
    **through his attorney-in-fact**        )
14  **Gerardo Vargas,**                     )   **NOTICE OF SETTLEMENT**
                                            )
15                                          )
                   Plaintiff,               )
16                                          )
                      v.                    )
17                                          )
    **Center for Orthopedic Research**      )
18  **and Education, Inc. d/b/a The**       )
    **Core Institute,**                     )
19                                          )
                   Defendants.              )
20                                          )
                                            )
21                                          )

22

23          NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Natanael

24  Gallardo ("Plaintiff") and Defendant Center for Orthopedic Research and

25  Education, Inc. d/b/a The Core Institute ("Core") has been resolved on an

    individual basis.  The parties anticipate filing a Stipulation for Dismissal of the
26
    Action as to the named Plaintiff's claims against Core with prejudice, within 60
27
    days.  Plaintiff requests that all pending dates and filing requirements be vacated
28

    ───────────────────────────────────────────────────────
    NOTICE OF SETTLEMENT                    1

1  and that the Court set a deadline on or after February 19, 2018 for filing a dismissal
2  as to Core.

3

4  Dated: December 19, 2017                    Respectfully submitted,

5
                                            BY: /s/ RYAN L. MCBRIDE_____
6                                               RYAN L. MCBRIDE, ESQ.
                                                ATTORNEY FOR PLAINTIFF
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT                          2