# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerardo Vargas, | No. CV-17-02755-PHX-MHB |
| Plaintiff, | **ORDER** |
| v. | |
| Center for Orthopedic Research and Education Incorporated, | |
| Defendant. | |

    Pursuant to the Parties' stipulation (Doc. 13) and for good cause shown,

    IT IS ORDERED granting the Stipulation (Doc. 13),

    IT IS FURTHER ORDERED that the above-captioned case is dismissed with prejudice with each party to bear its own attorney's fees and costs.

    Dated this 8th day of January, 2018.

_____
Honorable Michelle H. Burns
United States Magistrate Judge